IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98-cr-174

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SYLVESTER KIDD | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT upon defendant's Motion for early termination from supervised release [doc. #27] filed on February 11, 2014. For cause shown, the motion is GRANTED effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: February 25, 2014

Graham C. Mullen
United States District Judge